**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Jose Pineda,

                               Plaintiff,

                 -against-

Dutchess County, et al.

                            Defendants.
-----------------------------------------------------------------X

25-cv-04554-JGLC-VR

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 4/20/2026

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 30, 2026, the Court dismissed Plaintiff's claims against Dutchess County and Sherriff Imperati, but all other claims survived. (ECF No. 42). Under Fed. R. Civ. P. 12(a)(4)(A), remaining Defendants other than Frank Torre, who had filed a motion to dismiss the Complaint, (ECF No. 41), should have answered the Complaint within two weeks. The Court extends *sua sponte* the deadline for remaining Defendants to file an answer, which is now due May 1, 2026.

        **SO ORDERED.**

DATED:     White Plains, New York
              4/20/26

                                                   _____
                                          VICTORIA REZNIK
                                          United States Magistrate Judge

1