SOKOLOFF STERN LLP

80 WASHINGTON STREET, SUITE 100, POUGHKEEPSIE, NEW YORK 12601 PHONE (845) 262-6333 SOKOLOFFSTERN.COM

**MEMO ENDORSED**

KIMBERLY HUNT LEE
KLEE@SOKOLOFFSTERN.COM

November 24, 2026

The request to adjourn is GRANTED. The settlement conference is rescheduled for December 11, 2026 at 10 am. Ex parte submissions are due December 7, 2026. Plaintiff's demand should be made by November 27 ,2026; Defendant's demand should be made by December 4, 2206.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: November 23 ,2026

*VIA ECF*
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: *Pineda v. Dutchess County, et al*
7:25-cv-4554-JGLC-VR
Our File No. 250174PK

Dear Magistrate Judge Reznik:

On November 23, 2026 the court issued an order scheduling a settlement conference for December 4, 2026. Unfortunately, we have a scheduling conflict that day. We have spoken with Mr. Pineda and he is available on December 11, 2026 at 10:00. We are also available at the time. If the court is available, we would request that the conference be adjourned to December 11, 2026.

We appreciate the court's consideration of this request.

Very truly yours,

SOKOLOFF STERN, LLP

Kimberly Hunt Lee

KIMBERLY HUNT LEE

KHL/sjc

CC: Jose Pineda, *Pro Se* (Via email)